# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

PATRICIA BOUCHER, *et al.*,

                Plaintiffs,        Case No.:  2:14-cv-13611-GER-MKM

       vs.                              Judge: Hon. Gerald E. Rosen

DYNIA & ASSOCIATES, LLC, an     Magistrate: Hon. Mona K. Majzoub
Illinois Limited Liability Company; *et al.*,

                Defendants.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Michelle Stevens, Plaintiff, hereby gives notice of dismissal of this action, with prejudice as to herself and without prejudice as to the rights of the unnamed putative class members. The Court shall maintain jurisdiction over the above-entitled matter to enforce the terms of the Parties' agreement dated January 26, 2015, and the related Settlement Documentation defined therein.

Respectfully submitted this 2nd Day of February 2015.

        *s/ Andrew T. Thomasson*
        Andrew T. Thomasson, Esq.
        NJ Bar No. 048362011
        THOMASSON LAW, LLC
        101 Hudson Street, 21st Floor
        Jersey City, NJ 07302
        Telephone: (201) 479-9969
        Facsimile:  (855) 479-9969
        E-Mail: andrew@thomassonllc.com

        *One of the Attorneys for Plaintiff,*
        *Patricia Boucher*

## CERTIFICATE OF SERVICE

    I, Andrew T. Thomasson, hereby affirm under the penalties of perjury that on February 12, 2015, I served the within documents and all supporting papers on the Clerk of this Court using this Court's CM/ECF system. I also certify that the foregoing documents are being served this day on all counsel of record and Parties to this action in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/EFC or in some other authorized manner for those counsel or parties who have not yet appeared or are otherwise not authorized to receive electronic Notices of Electronic Filing.

        *s/ Andrew T. Thomasson*
        Andrew T. Thomasson, Esq.